UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DENNIS MAURER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 1:20-cv-02573-JHR-AMD |
| | : | |
| BRIAD WENCO, L.L.C., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, with consent of the Defendant, to inform the Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement and expect to file stipulated dismissal within the next sixty days.

Date: July 28, 2020

Respectfully submitted,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
160 Cumberland Avenue
PO Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of July, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
