UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| Plaintiff, | : |
| vs. | : Case No. 1:20-cv-02573-JHR-AMD |
| BRIAD WENCO, L.L.C., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, BRIAD WENCO, L.L.C., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Jennifer N. Cheong |
| Jon G. Shadinger Jr., Esq. | Jennifer N. Cheong, Esq. |
| Shadinger Law, LLC | Barry McTiernan Wedinger P.C. |
| 160 Cumberland Avenue | 10 Franklin Avenue |
| PO Box 279 | Edison, NJ 08837 |
| Estell Manor, NJ 08319 | Tel: (732) 738-5600 |
| Tel: (609) 319-5399 | Fax: (732) 738-7518 |
| Fax: (314) 898-4053 | jcheong@bmctwlaw.com |
| js@shadingerlaw.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

Date: August 24, 2020